IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| | : | |
| Stephanie J Sitler | : | Chapter 13 |
| Jonatan E Lopez-Martinez | : | |
| | : | Case No. 19-16785AMC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 25.

Dated: February 14, 2020                                /s/ Brad J. Sadek, Esquire
                                                                             Brad J. Sadek, Esquire
                                                                             Sadek and Cooper
                                                                             1315 Walnut Street, Suite 502
                                                                             Philadelphia, PA 19107
                                                                             215-545-0008