# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jonatan E. Lopez-Martinez<br>Stephanie J. Sitler<br><br>                             Debtor(s) | CHAPTER 13 |
| Aurora Financial Group, Inc., its successors and/or assigns<br>                             Movant<br>            vs. | NO. 19-16785 AMC |
| Jonatan E. Lopez-Martinez<br>Stephanie J. Sitler<br>                             Debtor(s)<br><br>William C. Miller Esq.<br>                             Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Aurora Financial Group, Inc., which was filed with the Court on or about **January 10, 2020, docket number 19**.

            Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            215-627-1322
            Attorney for Movant/Applicant

April 24, 2020