## UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### PHILADELPHIA DIVISON

In the Matter of:                                  Case No. 19-16785

Stephanie J Sitler  and
Jonatan E Lopez Martinez

### NOTICE OF CHANGE OF ADDRESS
### CHECK ONLY ONE

| | |
|---|---|
| ☐ | **Debtor's Change of Address** |
| ✔ | **Creditor's Change of Address** |

NAME:                          Atlas Acquisitions LLC

OLD MAILING ADDRESS:           294 Union St.

                               Hackensack, NJ 07601


NEW MAILING ADDRESS:           492C Cedar Lane, Ste 442

                               Teaneck, NJ 07666


Dated: October 19, 2020        /s/Avi Schild
                               Signature

REQUESTOR'S NAME:              Avi Schild

ADDRESS:                       492C Cedar Lane, Ste 442

                               Teaneck, NJ 07666

TELEPHONE NO.:                 888.762.9889

                               bk@atlasacq.com