# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          **Chapter 13**
STEPHANIE J SITLER
JONATAN E LOPEZ-MARTINEZ


       **Debtor**                              **Bankruptcy No. 19-16785-ELF**

# <u>O R D E R</u>

    **AND NOW**, this ___11th___ day of _____October_____, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

                                        Honorable Eric L. Frank
                                        Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-


Debtor:
STEPHANIE J SITLER
JONATAN E LOPEZ-MARTINEZ
3152 AGATE STREET


PHILADELPHIA, PA 19134-