United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16785-elf |
| Stephanie J Sitler | Chapter 13 |
| Jonatan E Lopez-Martinez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie J Sitler, 3152 Agate Street, Philadelphia, PA 19134-4420 |
| jdb | #+ | Jonatan E Lopez-Martinez, 3152 Agate Street, Philadelphia, PA 19134-4420 |
| 14413248 | + | People's Alliance FCU, Attn: Bankruptcy, 125 Wireless Blvd, Hauppauge, NY 11788-3961 |
| 14449289 | + | People's Alliance Federal Credit Union, 125 Wireless Boulevard, Hauppauge, NY 11788-3961 |
| 14443122 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 12 2022 09:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2022 09:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14413235 | | Email/Text: bankruptcy@aacreditunion.org | Oct 12 2022 09:27:00 | American Airlines FCU, Attn: Bankruptcy, Pob 619001 Md 2100, Dfw Airport, TX 75261 |
| 14447748 | | Email/Text: bnc@atlasacq.com | Oct 12 2022 09:27:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 14428114 | | Email/Text: bnc@atlasacq.com | Oct 12 2022 09:27:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 14583285 | | Email/PDF: bncnotices@becket-lee.com | Oct 12 2022 09:33:41 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14413236 | + | Email/Text: broman@amhfcu.org | Oct 12 2022 09:27:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14420778 | ^ | MEBN | Oct 12 2022 09:24:48 | Aurora Financial Group, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14413237 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 12 2022 09:27:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14446428 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 12 2022 09:33:41 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14484212 | | Email/Text: megan.harper@phila.gov | Oct 12 2022 09:27:00 | Water Revenue Bureau, c/o City of Philadelphia |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14413238 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 09:33:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14426571 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 12 2022 09:33:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14413239 | + | Email/Text: bankruptcy@cavps.com | Oct 12 2022 09:27:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14420626 | + | Email/Text: bankruptcy@cavps.com | Oct 12 2022 09:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14413240 | + | Email/Text: ngisupport@radiusgs.com | Oct 12 2022 09:27:00 | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 14413242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:34 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14413243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:33:42 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14413244 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2022 09:27:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14413245 | + | Email/Text: bncnotifications@pheaa.org | Oct 12 2022 09:27:00 | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14446771 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 12 2022 09:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14413241 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 12 2022 09:33:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14430536 | + | Email/Text: RASEBN@raslg.com | Oct 12 2022 09:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14413251 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Oct 12 2022 09:27:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710 |
| 14427064 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 09:33:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14413246 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 09:33:33 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14444678 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2022 09:27:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 14436193 | | Email/PDF: cbp@onemainfinancial.com | Oct 12 2022 09:33:33 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14413247 | + | Email/PDF: cbp@onemainfinancial.com | Oct 12 2022 09:33:37 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14413249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 12 2022 09:33:33 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14438833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 12 2022 09:33:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14419337 | | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2022 09:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14446991 | | Email/Text: bankruptcy@roundpointmortgage.com | Oct 12 2022 09:27:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14413250 | | ^ MEBN | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 47 |

|  |  |  | Oct 12 2022 09:24:46 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
|---|---|---|---|---|
| 14413252 | + | Email/Text: collections@suffolkfcu.org | Oct 12 2022 09:28:00 | Suffolk Federal Cred U, 3681 Horseback Rd, Medford, NY 11763-2242 |
| 14417533 | + | Email/Text: collections@suffolkfcu.org | Oct 12 2022 09:28:00 | Suffolk Federal Credit Union, 3681 Horseblock Road, Medford, NY 11763-2242 |
| 14447329 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14413253 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:41 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14413254 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:32 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14413255 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:37 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14413256 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14413257 | + | Email/PDF: tbiedi@PRAGroup.com | Oct 12 2022 09:33:41 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Stephanie J Sitler brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Jonatan E Lopez-Martinez brad@sadeklaw.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 47 |

bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor Aurora Financial Group Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>STEPHANIE J SITLER<br>JONATAN E LOPEZ-MARTINEZ | Chapter 13 |
| Debtor | Bankruptcy No. 19-16785-ELF |

## ORDER

**AND NOW**, this __11th__ day of __October__, 202<u>2</u>, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

Debtor:
STEPHANIE J SITLER
JONATAN E LOPEZ-MARTINEZ
3152 AGATE STREET

PHILADELPHIA, PA 19134-