## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | **STEPHANIE J SITLER** | : | **Chapter 13** |
| | **JONATAN E LOPEZ-MARTINEZ** | : | |
| | | : | |
| | **Debtors** | : | **Bky. No.  19-16785 ELF** |

# O R D E R

**AND NOW**, the above case having been dismissed after confirmation of the Debtor(s)' chapter 13 plan;

**AND**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Undistributed Funds held by the Chapter 13 Trustee ("the Application");

**AND**, upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.  See In re Sherman, 2022 WL 626940, at *1 (Bankr. E.D. Pa. Mar. 3, 2022).

2. The Applicant is **ALLOWED** compensation in the amount of **$900.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the amount(s) allowed in Paragraph 2, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

**Date:  October 27, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**