## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF REGION 3 DISTRICT OF PA
## REGION 3 DIVISION

In re:  STEPHANIE J SITLER          §     Case No. 19-bk-16785
       JONATAN E LOPEZ-MARTINEZ    §
                                    §
            Debtor(s)          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kenneth E. West, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on  10/30/2019.

2)  The plan was confirmed on  04/28/2020.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  NA.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  10/11/2022.

5)  The case was dismissed on  10/11/2022.

6)  Number of months from filing or conversion to last payment:  35.

7)  Number of months case was pending:  36.

8)  Total value of assets abandoned by court order:  NA.

9)  Total value of assets exempted:  $11,075.33.

10)  Amount of unsecured claims discharged without full payment:  $0.00.

11)  All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

<u>Receipts:</u>

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 4,518.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 4,518.00 |

<u>Expenses of Administration:</u>

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,148.82 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 369.18 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,518.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,745.00 | |

<u>Scheduled Creditors:</u>

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRAD J. SADEK ESQ | Lgl | 5,300.00 | NA | NA | 4,148.82 | 0.00 |
| SUFFOLK FEDERAL CREDIT UNION | Uns | 0.00 | 1,224.03 | 1,224.03 | 0.00 | 0.00 |
| QUANTUM3 GROUP AS AGENT FOR | Uns | 0.00 | 942.44 | 942.44 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC AS ASSIGNEE | Uns | 0.00 | 1,113.13 | 1,113.13 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 0.00 | 502.61 | 502.61 | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 1,126.24 | 1,126.24 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS, UHG ILLC | Uns | 0.00 | 2,136.93 | 2,136.93 | 0.00 | 0.00 |
| CHASE BANK USA, N.A. | Uns | 0.00 | 2,029.88 | 2,029.88 | 0.00 | 0.00 |
| JPMorgan Chase Bank, N.A. s/b/m/t | Uns | 0.00 | 1,439.59 | 1,439.59 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Sec | 0.00 | 4,287.47 | 4,287.47 | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 2,378.38 | 2,378.38 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 1,218.27 | 1,218.27 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 2,293.30 | 2,293.30 | 0.00 | 0.00 |
| Afni, Inc | Uns | 0.00 | 3,350.37 | 3,350.37 | 0.00 | 0.00 |
| Midland Credit Management, Inc. | Uns | 0.00 | 684.29 | 684.29 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 0.00 | 696.14 | 696.14 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 1,357.48 | 1,357.48 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 2,222.18 | 2,222.18 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 539.11 | 539.11 | 0.00 | 0.00 |
| ROUNDPOINT MORTGAGE | Sec | 0.00 | 185,075.98 | 15,383.87 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 1,913.30 | 1,913.30 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 6,184.10 | 6,184.10 | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 0.00 | 1,283.10 | 1,283.10 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Uns | 0.00 | 1,821.43 | 1,821.43 | 0.00 | 0.00 |
| AMERICAN HERITAGE FEDERAL | Uns | 0.00 | 891.05 | 891.05 | 0.00 | 0.00 |
| PEOPLES ALLIANCE CREDIT UNION | Uns | 0.00 | 3,851.18 | 3,851.18 | 0.00 | 0.00 |
| PEOPLES ALLIANCE FEDERAL CU | Uns | 0.00 | 1,816.92 | 1,816.92 | 0.00 | 0.00 |
| CITY OF PHILA | Sec | 0.00 | 59.18 | 59.18 | 0.00 | 0.00 |
| AMERICAN AIRLINES | Uns | 648.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CENTRAL CREDIT | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| FEDLOAN SERVICING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 15,383.87 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,287.47 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 59.18 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 19,730.52 | $ 0.00 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 43,015.45 | $ 0.00 | $ 0.00 |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $ 4,518.00 | |
| Disbursements to Creditors | $ 0.00 | |
| | | |
| **TOTAL DISBURSEMENTS:** | | $ 4,518.00 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:   11/16/2022                    By:   Kenneth E. West
                                                    Chapter 13 Standing Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)